# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Gregory Daniels,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 1:21-cv-00014-MR |
| | ) | 1:03-cr-00083-MR |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 2, 2021 Order.

April 2, 2021

Frank G. Johns, Clerk
United States District Court